1  Mark J. Peacock, SBN 156625
Paul N.E. Evenson SBN 258426
2  LAW OFFICES OF MARK PEACOCK
5160 Campus Drive
3  Newport Beach, CA 92660
Telephone: (949) 660-7762
4  Fax: (949) 660-7764
Email: mark@markpeacocklaw.com
5  Website: www.markpeacocklaw.com

6  Attorneys For Plaintiffs

7  Terry Rivera, individually and as the
Administrator of the Estate of Jose Rivera
8

9

10  **UNITED STATES DISTRICT COURT**

11  **EASTERN DISTRICT OF CALIFORNIA**

12

13  TERRY RIVERA, individually and
as the Administrator of the Estate of          Case No.:
14  Jose V. Rivera,

15              Plaintiffs,          **COMPLAINT FOR
                                     VIOLATION OF CIVIL
16       v.                          RIGHTS UNDER 42 USC §
                                     1983**
17  HARLEY LAPPIN, ROBERT
MCFADDEN, DENNIS SMITH,              **DEMAND FOR JURY TRIAL**
18  MARIE OROZCO, JESSE
ESTRADA, and DOES 1 through
19  200, inclusive,

20              Defendants.

21

22

23       Plaintiff, individually and as Administrator of the Estate of Jose V. Rivera,
alleges:
24

25                                  **1.**

26                      **JURSDICTION AND VENUE**

27       1.      The claims in this action arise under 42 United States Code section

28  1983 and the Fifth and Fourteenth Amendments of the United States Constitution.

Jurisdiction is conferred on this Court by 28 United States Code Section 1343

1    (federal question) and 28 United States Code Section 1343, subdivision 3 (civil

2    rights).

3          2.      Venue lies in the Eastern District of California, the judicial district in

4    which the claim arose, pursuant to 28 United States Code section 1391, subdivision

5    b.

6          3.      At all times relevant herein, the defendants, and each of them, were

7    duly appointed, qualified and acting Employees of the United States Government

8    and at all times each defendant was acting in the course and scope of such

9    employment and under color of law.

10

11                                           **2.**

12                                 **PARTIES**

13

14          4.      At all relevant times, decedent Correctional Officer Jose V. Rivera

15    was a citizen of the United States and a resident of the city of Chowchilla,

16    California. At all relevant times, Correctional Officer Jose V. Rivera was

17    employed by the United States as a correctional officer at the United States

18    Penitentiary at Atwater, California ("USP Atwater"). Correctional Officer Rivera

19    was a Navy veteran who had served two tours of duty in Iraq. He was 22 years old

20    when he was killed.

21          5.      Plaintiff Terry Rivera is the surviving mother of Correctional Officer

22    Rivera, who died unmarried and without children. Plaintiff Terry Rivera sues

23    individually and as the Administrator of the Estate of Jose Rivera.

24          6.      Defendant Harley Lappin, at all relevant times, was the Director of the

25    Federal Bureau of Prisons and, at all relevant times, was acting in the course and

26    scope of his employment with the United States.

27          7.      Defendant Robert McFadden, at all relevant times, was and is a

28    resident of the State of California, and is an employee of the Federal Bureau of

1  Prisons as the Regional Director, Western Region and, at all relevant times, was

2  acting in the course and scope of his employment with the United States.

3       8.    Defendant Dennis Smith, at all relevant times, was a resident of the

4  State of California, and was the acting Warden at USP Atwater and, at all relevant

5  times, was acting in the course and scope of his employment with the United

6  States.

7       9.    Defendant Marie Orozco, at all relevant times, was a resident of the

8  State of California, and is an employee of USP Atwater and, at all relevant times,

9  was acting in the course and scope of her employment with the United States.

10      10.    Defendant Jesse Estrada, at all relevant times, was a resident of the

11  State of California, and is an employee of USP Atwater and, at all relevant times,

12  was acting in the course and scope of his employment with the United States.

13

14  **3.**

15  **CLAIMS**

16

17      11.    On June 20, 2008, Correctional Officer Rivera was fatally stabbed

18  while on duty at USP Atwater.  The assailants, Jose Cabrera Sablan and James

19  Ninete Leon Guerroero ("the assailants"), were prisoners at USP Atwater, serving

20  life terms.

21      12.    Defendants, and each of them, were responsible for, and participated

22  in, the creation, development, promotion, encouragement and advancement of the

23  dangerous conditions alleged in this complaint including, without limitation, the

24  assignment of the assailants to a lower level of custody than warranted by their

25  violent history and known violent propensities.  At all relevant times defendants,

26  and each of them acted with deliberate indifference to the known and obvious

27  dangers presented by the assailants by subjecting decedent Corrections Officer

28  Rivera to those dangerous conditions, resulting in his tragic and unnecessary death.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

1  13. Defendants, and each of them, participated in, or were responsible for,

2 the classification, placement, incarceration and over-all handling of the assailants

3 while they were incarcerated at USP Atwater.

4  14. Defendants, and each of them, were specifically aware that the

5 assailants were likely to assault and kill decedent Correctional Officer Rivera,

6 other correctional staff and/or other inmates.

7  15. Defendants, and each of them, were specifically aware of the dangers

8 posed by the assailants as they were and are extremely dangerous.

9  16. Defendants, and each of them, had a deep and unequivocal

10 appreciation of the extreme violent propensities and dangerous mental instability

11 of the assailants which posed a direct and appreciable danger to themselves, other

12 inmates, correctional officers, including Correctional Officer Rivera, and staff.

13  17. On or about June 20, 2008, defendants were aware of the assailants'

14 dangerousness and defendants were aware of the dangerous condition they had

15 created in the manner in which they allocated the assailants' housing assignments

16 and the manner in which they classified and placed the assailants.

17  18. Defendants, and each of them, willingly and knowingly participated in

18 the creation of the dangerous conditions that resulted in the death of Correctional

19 Officer Jose Rivera.  Defendants' conduct was outrageous, despicable and

20 malicious and shocks the conscience.  Correctional Officer Rivera was knowingly,

21 repeatedly and wrongfully subjected to the dangerous and violent propensities of

22 the assailants and yet defendants, and each of them, acted with deliberate

23 indifference in failing and refusing to properly classify the assailants and thereby

24 protect Correctional Officer Rivera.

25  19. Defendants, and each of them, acted with deliberate indifference to

26 the rights and safety of Correctional Officer Rivera in assigning the assailants to an

27 inappropriate housing classification in light of the assailants' known history of

28 violence and in violation of the policies and procedures designed to protect the

1 safety and security of correctional officers, including Correctional Officer Rivera,

2 thereby creating a dangerous condition which resulted in the death of Correctional

3 Officer Rivera.

4       20.    As a result of the deliberate indifference of defendants, and each of

5 them, in the creation and maintenance of a dangerous condition, Correctional

6 Officer Rivera was killed in the line of duty on June 20, 2008.

7       21.    The conduct of defendants, and each of them, was motivated by evil

8 motive or intent, or involved reckless or callous indifference to the federally

9 protected rights of Correctional Officer Rivera.  The conduct of defendants, and

10 each of them exhibited oppression, malice, gross negligence, willful or wanton

11 misconduct or reckless disregard for the civil rights of Correctional Officer Rivera.

12

13       WHEREFORE, plaintiffs demand judgment in this action against defendants

14 and each of them, jointly and severally, for compensatory damages, punitive

15 damages and attorneys' fees pursuant to 42 U.S.C. § 1988, all in an amount to be

16 determined at the time of trial, and for such other and further relief as the Court

17 may deem just and equitable.

18

19 Dated:  June ___, 2009          LAW OFFICES OF MARK PEACOCK

20

21

22                     By:_____
                        MARK J. PEACOCK
                        Attorney for Plaintiffs

23

24

25

26

27

28

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

# DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial by jury in this action.

Dated:   June ___, 2009                              LAW OFFICES OF MARK PEACOCK

                                          By: _____
                                                        MARK J. PEACOCK
                                                        Attorney for Plaintiffs

6