Mark J. Peacock, Esq. CA State Bar No. 156625
Paul N.E. Evenson, Esq. CA State Bar No. 258426
LAW OFFICES OF MARK PEACOCK
5160 Campus Drive
Newport Beach, CA 92660
Telephone: (949) 660-7762
Fax: (949) 660-7764
Email: mark@markpeacocklaw.com
www.markpeacocklaw.com

Attorneys For Plaintiffs

Terry Rivera, individually and as the
Administrator of the Estate of Jose Rivera

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY RIVERA, individually and as the Administrator of the Estate of Jose V. Rivera,**<br><br>Plaintiffs,<br><br>v.<br><br>**HARLEY LAPPIN, ROBERT MCFADDEN, DENNIS SMITH, MARIE OROZCO, JESSE ESTRADA, and DOES 1 through 200, inclusive,**<br><br>Defendants. | Case No.: 1:09-cv-00954-LJO-SMS<br><br>**DISMISSAL WITHOUT PREJUDICE** |

    Plaintiffs, individually and as Administrator of the Estate of Jose V. Rivera, request a dismissal without prejudice of this matter.

Dated: June 8, 2009

LAW OFFICES OF MARK PEACOCK

By: _/s/ Mark J. Peacock_
MARK J. PEACOCK
Attorney for Plaintiffs

1
DISMISSAL WITHOUT PREJUDICE