Mark J. Peacock, SBN 156625
Paul N.E. Evenson SBN 258426
LAW OFFICES OF MARK PEACOCK
5160 Campus Drive
Newport Beach, CA 92660
Telephone: (949) 660-7762
Fax: (949) 660-7764
Email: mark@markpeacocklaw.com
Website: www.markpeacocklaw.com

Attorneys For Plaintiffs

Terry Rivera, individually and as the Administrator of the Estate of Jose Rivera

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RIVERA, individually and as the Administrator of the Estate of Jose V. Rivera,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>HARLEY LAPPIN, ROBERT MCFADDEN, DENNIS SMITH, MARIE OROZCO, JESSE ESTRADA, and DOES 1 through 200, inclusive,<br><br>　　Defendants. | Case No.: 1:09-cv-00954-LJO-SMS<br><br><br>ORDER |

1.　Plaintiffs, individually and as Administrator of the Estate of Jose V. Rivera;

2.　Request a dismissal without prejudice of this matter.

**PROPOSED ORDER DISMISSAL WITHOUT PREJUDICE**

3. THE COURT ORDERS

    a. This matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 9, 2009**               /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER DISMISSAL WITHOUT PREJUDICE**

2