1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants

7

8
                       **UNITED STATES DISTRICT COURT**
9
                       **EASTERN DISTRICT OF CALIFORNIA**
10

11  TERRY RIVERA, individually    )   Case No. 1:10-cv-01015-AWI-GSA
    and as the Administrator of   )
12  the Estate of Jose V. Rivera, )   **NOTICE OF RELATED CASES**
                                  )
13          Plaintiff,            )
                                  )
14      v.                        )
                                  )
15  DENNIS SMITH; HARLEY LAPPIN;  )
    ROBERT McFADDEN; SPECIAL      )
16  INVESTIGATIONS SPECIALIST     )
    ZIRAGOSA; OPERATIONS          )
17  LIEUTENANT; ASSOCIATE WARDEN  )
    BELL; ASSOCIATE WARDEN D.     )
18  SHINN; JESSE ESTRADA; MARIE   )
    OROSZCO; FOOD SERVICES        )
19  DEPARTMENT SUPERVISOR;        )
    COMMISARY SUPERVISOR; UNIT    )
20  SECRETARY DRAYTON; UNIT       )
    MANAGER BOWLES; and DOES 1    )
21  through 200, inclusive,       )
                                  )
22          Defendants.           )
                                  )
23  ─────────────────────────────

24      Pursuant to Local Rule 123, Defendants Harley Lappin, Robert

25  McFadden, Dennis Smith, Jon Bell, David Shinn, Jesse Estrada,

26  Joel Zaragoza, Maria Orozco, Denise Bowles and Carrie Drayton

27  submit this Notice of Related Cases.

28

The above-captioned action ("Rivera II") appears to be related within the meaning of Local Rule 123(a) to two other actions on file in this Court:

    1.    Terry Rivera v. Harley Lappin et al., Case No. 1:09-cv-00954-LJO-SMS ("Rivera I"); and

    2.    United States of America v. Joseph Cabrera Sablan, James Ninete Leon Guerrero, Case No. 1:08-cr-00259-OWW ("Sablan").

Rivera I, Rivera II and Sablan arise from the same event, the stabbing of Correctional Officer Jose V. Rivera on June 20, 2008, at the United States Penitentiary at Atwater, California.

In both Rivera I and Rivera II, Plaintiff, Terry Rivera, suing individually and as the Administrator of the Estate of Jose V. Rivera, alleges that United States Bureau of Prisons officials acted with deliberate indifference to the danger of an assault by inmates. Each defendant named in Rivera I is also named as a defendant in Rivera II. In both Rivera I and Rivera II, Plaintiff's complaint seeks compensatory damages, punitive damages and attorneys' fees. Rivera I was dismissed without prejudice on June 9, 2009. See Case No. 1:09-cv-00954-LJO-SMS, Dckt. No. 7.

Sablan is a criminal proceeding in which federal inmates Joseph Cabrera Sablan and James Ninete Leon Guerrero are charged with first degree murder in connection with the death of Officer Rivera. None of the parties to Rivera I or Rivera II are parties to Sablan.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: November 18, 2010. | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorneys for Defendants |